IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JANA PAKOSOVA,

   Appellant,

v.

DEUTSCHE BANK TRUST
COMPANY AS TRUSTEE FOR
RALI 2006-QA8,

   Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-796

Opinion filed October 7, 2015.

An appeal from the Circuit Court for Okaloosa County.
Keith Brace, Judge.

George Gingo and James Orth, Jr. of Gingo & Orth, P.A., Titusville and Steven W. Copus of Copus & Copus, P.A., Shalimar, for Appellant.

Kimberly S. Mello and Jonathan S. Tannen of Greenberg Traurig, P.A., Tampa and Jonathan C. Chane of Greenberg Traurig, P.A., West Palm Beach, for Appellee.

PER CURIAM.

   AFFIRMED.

THOMAS, WETHERELL, and RAY, JJ., CONCUR.